ORIGINAL

FILED

MAR 18 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
MICHAEL JENKINS ) Case No. 04-57088 ASW
)
DIANE JENKINS ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2485702 for an unclaimed dividend in the amount of $1.86. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 31        SMILECARE FAMILY DENTISTRY
                          P O BOX 92034
                          LOS ANGELES, CA 90009

Dated: March 16, 2011

                                              DEVIN DERHAM-BURK, TRUSTEE

Case: 04-57088   Doc# 88   Filed: 03/18/11   Entered: 03/28/11 13:46:15   Page 1 of 1
04-57088 ASW Notice of Unclaimed Dividend