

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

FILED
APR - 6 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| MICHAEL JENKINS | Case No. 04-57088 ASW |
| DIANE JENKINS | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2487622 for an unclaimed dividend in the amount of $353.77. The name and address of the claimant entitled to the unclaimed dividend is as follows;

MICHAEL JENKINS
DIANE JENKINS
***MAIL RET'D 11/10***
343 BLOSSOM HILL RD #1
SAN JOSE, CA 95123

Dated: April 05, 2011

DEVIN DERHAM-BURK, TRUSTEE